UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22846-Civ-COOKE/GOODMAN

SHELLEY HUTCHINSON,

    Plaintiff,

vs.

MENIN HOTELS, LLC
d/b/a "Menin Hospitality," *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Dismissal (ECF No. 30). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 22nd day of February 2021.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*